# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0264. LINDA STROUD et al. v. J. B. NUTTER AND COMPANY.**

Plaintiff Linda Stroud filed this timely application for discretionary review, seeking to appeal the trial court's order dismissing her notice of appeal from the court's prior order granting summary judgment in favor of the defendant in this civil action.[1] The trial court's ruling dismissing Stroud's notice of appeal, however, is not subject to the discretionary appeal procedures. See generally OCGA § 5-6-35 (a); see also *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992) (a trial court order dismissing a notice of appeal generally is directly appealable); accord *American Med. Security Group, Inc. v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008) ("[A] trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal."). Rather, because "the case is no longer pending in the court below," the trial court's order is a final judgment that is directly appealable under OCGA § 5-6-34 (a) (1).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Stroud shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Stroud already has filed a notice of appeal in the trial court, then she need not file a second

---

[1] According to the trial court, it entered the "final appealable" order granting summary judgment to the defendant on July 5, 2019, and Stroud timely filed her notice of appeal on Monday, August 5, 2019.

notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  *04/12/2021*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*